WILLIAM E. KENNEDY (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff VIOLETTE DETER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTE DETER<br><br>        Plaintiff,<br><br>    vs.<br><br>HUNT AND HENRIQUES, ATTORNEYS AT LAW<br><br>        Defendant. | Case No.:<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL AND STATE FAIR DEBT COLLECTION PRACTICES ACTS**<br><br>**JURY TRIAL DEMAND** |

### JURISDICTION

1.  Federal jurisdiction is present in this action which is brought under the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

### INTRADISTRICT ASSIGNMENT

2.  This action is filed in the San Jose Division of the United States District Court, Northern District of California. Such intradistrict assignment is proper because Plaintiff's claims arose from acts of the Defendant perpetrated therein.

## PRELIMINARY STATEMENT

3. Plaintiff brings this action for damages based upon Defendant's violations of the Fair Debt Collection Practices Act (hereafter referred as "FDCPA"), 15 U.S.C. § 1692 et seq. and the Rosenthal Fair Debt Collection Practices Act (hereinafter referred to as the "Rosenthal Act"). Plaintiff seeks actual damages, statutory damages, costs and attorney's fees.

4. VIOLETTE DETER is a natural person and is a resident and a citizen of the State of California and of the United States. Ms. Deter is a "consumer" as defined by §1692a(3) of the FDCPA.

5. Defendant, HUNT & HENRIQUES (hereafter "H&H") is a general partnership with its principal place of business in San Jose, California. H&H is primarily engaged in the collection of consumer debt. H&H is a "debt collector" as defined by §1692a(6) of the FDCPA and California Civil Code §1788.2(c) of the Rosenthal Act..

## FACTUAL ALLEGATIONS

6. On or about October 29, 2008, H&H prepared and mailed a dunning letter to plaintiff. The envelope in which the letter was sent contained a "window" in the upper left hand corner. In the window, a portion of the dunning letter was clearly visible. The language which was visible clearly indicated that the purpose of the enclosed correspondence was to collect the debt. Specifically, the following language was visible:

"to receive a written notice of dispute from you - even if you mail it on . . .

. . . decision whether to file suit against you to collect this debt is made."

7. In early November 2008, a collector who identified himself as "Josh" from H&H telephoned plaintiff's workplace. The call was answered by an employee. Josh asked to speak to plaintiff. The employee asked plaintiff if she wanted to talk with a "Josh." Plaintiff said that she did not know a Josh and asked that the employee take a message. When the employee stated this, to Josh, he replied "Why don't you just stop screening her phone calls and put her on the phone or I will call next door and have them come get her."

COMPLAINT AND DEMAND FOR JURY TRIAL

2

## FIRST CLAIM OF RELIEF

8. Plaintiff repeats and realleges and incorporates by reference all other paragraphs.

9. Defendant violated the FDCPA. Defendant's violations include but are not limited to, the following:

   a. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third person in connection with the collection of a debt.

   b. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt.

   c. Defendant violated 15 U.S.C. §1692e by using false, deceptive and misleading representations in connection with the collection of a debt.

   d. Defendant violated 15 U.S.C. §1692e(5) by threatening to take an action that could not legally be taken or that was not intended to be taken.

   e. Defendant violated 15 U.S.C. §1692e(10) by using any false representation or deceptive means to collect or attempt to collect a debt.

   f. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect or attempt to collect a debt.

   g. Defendant violated 15 U.S.C. §1692f by using prohibited language on an envelope when communicating with a consumer by the use of the mail.

## SECOND CLAIM FOR RELIEF

1. Plaintiff repeats and realleges and incorporates by reference all other paragraphs.

2. Defendant violated Civil Code §1788.18 by violating the provisions of the federal FDCPA set forth in the First Claim for Relief. Defendant's actions were done willfully and knowingly in violation of the statutes cited herein.

COMPLAINT AND DEMAND FOR JURY TRIAL

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant:

a) Actual damages;

b) Statutory Damages pursuant to 15 U.S.C. §1692k;

c) Statutory Damages pursuant to California Civil Code §1788.30(b);

d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k and 1788.30(c);

e) For such other and further relief as the Court may deem just and proper.

DATED: January 5, 2009          LAW OFFICE OF WILLIAM E. KENNEDY

_/s/ William E. Kennedy_
William E. Kennedy
Attorney for Plaintiff VIOLETTE DETER


## DEMAND FOR JURY TRIAL

Please take note notice that Plaintiff demands trial by jury in this action.

DATED: January 5, 2009          LAW OFFICE OF WILLIAM E. KENNEDY

By:  _/s/ William E. Kennedy_
William E. Kennedy
Attorney for Plaintiff VIOLETTE DETER

COMPLAINT AND DEMAND FOR JURY TRIAL

4