WILLIAM E. KENNEDY (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff VIOLETTE DETER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTE DETER<br><br>    Plaintiff,<br><br>  vs.<br><br>HUNT AND HENRIQUES, ATTORNEYS AT LAW<br><br>    Defendant. | Case No.: C09 00011 JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Violette Deter hereby gives notice of his voluntary dismissal of the entire action with prejudice. No answer or motion for summary judgment has been filed by the defendants in this action.

DATED: March 20, 2009          LAW OFFICE OF WILLIAM E. KENNEDY


                               By:  _____
                                    William E. Kennedy
                                    Attorney for Plaintiff VIOLETTE DETER

NOTICE OF VOLUNTARY DISMISSAL    N.D. California C09 00011 JF